# United States Court of Appeals
## For the First Circuit

No. 09-1820

SCOTT ABRAM,

Plaintiff, Appellant,

v.

RICHARD GERRY, Warden, New Hampshire State Prison,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court issued on February 24, 2012 is amended as follows:

On page 6, footnote 6, line 2, replace "twenty-two" with "twenty-one'

On page 11, line 15, replace "mayhave" with "may have"

On page 24, line 14, replace "twenty-two" with "twenty-one'